**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:  Patricia Glover          Date:  December 20, 2010
Court Reporter:    Paul Zuckerman
Probation Officer: Grant Hanson

Criminal Action No.  10-cr-00415-MSK

*Parties*:                                  *Counsel*:

UNITED STATES OF AMERICA,                   Steven Sharpe

       Plaintiff,

v.

JOHN JOSEPH ZODROW,                         John Sullivan

       Defendant.

---

## SENTENCING MINUTES
---

**11:04 a. m.   Court in session**.

Defendant present on bond.

**Change of Plea Hearing on August 17, 2010.  Defendant pled guilty to Count 1 of the Information.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do not** request departure.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). (**Doc. #15**). Argument by Mr. Sullivan. The Government objects.

Allocution. - Statements made by: The Government and the defendant.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

**ORDER:** Defendant Motion for Non-Guideline (Variant) Sentence (**Doc. #15**) is **GRANTED.**

**ORDER:** **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Bond is exonerated.

**11:43 a.m.** **Court in recess.**

Total Time: 39 minutes.
Hearing concluded.